COMMONWEALTH *vs.* GLENN A. MATTSON. November 26, 1976. The defendant was convicted of assault with intent to commit rape and has appealed. (G. L. c. 278, §§ 33A-33G.) He assigns as error the denial of his motion for a directed verdict on so much of the indictment as charged intent to rape. There was ample evidence which warranted the submission of the question of intent to the jury. No useful purpose would be served by restating that evidence. There was no error.

*Judgment affirmed.*

*Adam M. Lutynski* for the defendant.
*Helen M. Doona,* Assistant District Attorney, for the Commonwealth.